Thomas Boyd Cowart (argued), Lori A. Watson, Law Office of Windle Turley, Dallas, TX, for Plaintiff–Appellant.

Roger D. Hepworth (argued), Sue Melissa Lee, Henslee, Fowler, Hepworth & Schwartz, Austin, TX, for Defendants–Appellees.

Janet Little Horton, Lisa R. McBride, Bracewell & Patterson, Houston, TX, for Texas Ass'n of School Boards Legal Assistance Fund, Amicus Curiae.

Before KING, Chief Judge, and JONES and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:

Mrs. Doe challenges the district court's grant of summary judgment in favor of S&S Consolidated Independent School District, Joe Wardell, and Missy Imbert. The judgment of the district court is affirmed for essentially the reasons given by the district court in its Memorandum Opinion and Order entered on June 26, 2001. *Doe v. S&S Consol. Indep. Sch. Dist.*, 149 F.Supp.2d 274 (E.D.Tex.2001). AFFIRMED.

**Randall COGGIN, Plaintiff–Appellee,**

v.

**LONGVIEW INDEPENDENT SCHOOL DISTRICT; et al., Defendants,**

**Longview Independent School District, Defendant–Appellant.**

No. 00–40731.

United States Court of Appeals, Fifth Circuit.

Oct. 7, 2002.

Andy Wade Tindel (argued), Provost, Umphrey, Youngdahl & Sadin, Charles H. Clark, Clark, Lea & Ainsworth, Tyler, TX, for Plaintiff–Appellee.

Eric W. Schulze (argued), JoAnn S. Wright, Walsh, Anderson, Brown, Schulze & Aldridge, Austin, TX, for Defendant–Appellant.

Denise Nance Pierce, Bickerstaff, Heath, Smiley, Pollan, Kever & McDaniel, Jennifer Piskun Johnson, Graves, Dougherty, Hearon & Moody, Austin, TX, for Texas Ass'n of School Boards Legal Assistance Fund, Amicus Curiae.

ON PETITION FOR REHEARING EN BANC

308

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS and CLEMENT, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.